# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

160400

ANNA PAINE,
      Plaintiff-Appellee,

v

JESSE WOJCIECHOWSKI,
DANIEL WOJCIECHOWSKI, ALAN
ESSENMACHER,
      Defendants,

and

EVEREST NATIONAL INSURANCE
COMPANY,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160400
COA: 349043
St. Clair CC: 18-002839-NI

On order of the Court, the application for leave to appeal the September 6, 2019 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Yang v Everest Nat'l Ins Co* (Docket No. 160578) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

b0513